John Sullivan Kenny, SB #39206
KENNY & NORINE
1923 Court Street
Redding, CA 96001
T: (530) 244-7777
F: (530) 246-2836
Email: jskenny@lawnorcal.com

Attorneys for Defendant CITY OF MT. SHASTA

Jack Silver, SB #160575
LAW OFFICE OF JACK SILVER
708 Gravenstein Hwy. N., #407
Sebastopol, CA 95472-2808
T: (707) 528-8175
Email: jsilverenvironmental@gmail.com

David J. Weinsoff, SB #141372
LAW OFFICE OF DAVID J. WEINSOFF
138 Ridgeway Avenue
Fairfax, CA 94930
T: (415) 460-9760
Email: david@weinsofflaw.com

Attorneys for Plaintiff CALIFORNIA RIVER WATCH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefits corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF MOUNT SHASTA, a municipality,<br><br>        Defendant.<br>_____/ | CASE NO. 2:20-cv-00080-JAM-KJN<br><br>*AMENDED* STIPULATION AND ORDER TO STAY ACTION |

# STIPULATION

The parties, through their respective counsel of record, hereby stipulate that this action be stayed based on the following.

WHEREAS the plaintiff filed a Complaint on January 10, 2020 alleging violations of the Clean Water Act and defendant filed a Motion to Dismiss under Fed. Rule C. Proc., § 12(b)(6), which is pending with a hearing set for April 7, 2020.

WHEREAS an initial scheduling order has not yet been issued nor has the initial joint status conference been held.

WHEREAS the parties have elected to commence settlement negotiations, which, if successful, would resolve the entire action.

WHEREAS defendant agrees to take the pending Motion to Dismiss off calendar without prejudice to refile if settlement is not reached.

WHEREAS the parties anticipate the need for a 120-day stay.

IT IS SO STIPULATED.

DATED: March 10, 2020            KENNY & NORINE

/s/ John Kenny
JOHN S. KENNY, Attorney for
Defendant CITY OF MOUNT SHASTA

DATED: March 10, 2020            /s/ Jack Silver
JACK SILVER, Attorney for Plaintiff
CALIFORNIA RIVER WATCH

DATED: March 10, 2020            /s/ David Weinsoff
DAVID WEINSOFF, Attorney for Plaintiff
CALIFORNIA RIVER WATCH

# ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therefore:

1. The 120-day STAY of all proceedings in this action is GRANTED and shall commence on the date this Order is signed.

2. Defendant's Motion to Dismiss shall be taken off calendar without prejudice to refile. In the event the parties have not settled, the defendant shall have 20 days from date the stay is lifted to refile a Motion to Dismiss. Plaintiff's time to oppose the Motion to Dismiss, if refiled, shall be calculated from the date the motion is refiled.

3. A Joint Status Report will be due 30 days from the date the stay is lifted.

IT IS SO ORDERED

Date: 3/13/2020 /s/ John A. Mendez
John A. Mendez
United States District Court Judge

4843-0035-8839, v. 1