Jack Silver, Esq. SB #160575
LAW OFFICE OF JACK SILVER
708 Gravenstein Hwy North. # 407
Sebastopol, CA 95472-2808
Tel. (707) 528-8175
Email: JSilverEnvironmental@gmail.com

David J. Weinsoff, Esq. SB #141372
LAW OFFICE OF DAVID J. WEINSOFF
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Email: david@weinsofflaw.com

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

John Sullivan Kenny, Esq. SB #39206
KENNY & NORINE
A Law Corporation
1923 Court Street
Redding, CA 96001
Tel. (530) 244-7777
Email: jskenny@lawnorcal.com

Attorneys for Defendant
CITY OF MOUNT SHASTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit Corporation,<br><br>Plaintiff,<br>v.<br><br>CITY OF MOUNT SHASTA, a municipality,<br><br>Defendant. | Case No.   2:20-cv-00080-JAM-KJN<br><br>STIPULATION AND ORDER RE SETTLEMENT CONFERENCE WITH MAGISTRATE<br><br>Hon. John A. Mendez<br><br>Trial Date:  April 11, 2022 |

## STIPULATION

The parties, through their respective counsel of record, hereby stipulate to the scheduling of a Settlement Conference before Magistrate Judge Kendall J. Newman on October 9, 2020 at 9:00 a.m., based on the following:

WHEREAS, this Court, in its Status (Pre-Trial Scheduling) Order dated August 4, 2020 (Dk # 15) stated a settlement conference will be scheduled "at the final pretrial conference or at an earlier time upon request of the parties".

WHEREAS, the parties are actively engaged in negotiations for settlement and agree a settlement conference prior to the currently-scheduled final pretrial conference date of March 4, 2022 would be beneficial in assisting the parties to resolve this matter in its entirety.

WHEREAS, upon request made to Magistrate Judge Kendall J. Newman, the parties have been advised that a settlement conference date of October 9, 2020 at 9:00 a.m. has been reserved, pending an Order from this Court.

IT IS SO STIPULATED.

DATED: August 31, 2020    KENNY & NORINE

By:   s/*John Sullivan Kenny*
      John Sullivan Kenny
      Attorneys for Defendant
      CITY OF MOUNT SHASTA

DATED: August 31, 2020    LAW OFFICE OF JACK SILVER

By:   s/ *Jack Silver*
      Jack Silver

DATED: August 31, 2020    LAW OFFICE OF DAVID J. WEINSOFF

By:   *s/ David J. Weinsoff*
      David J. Weinsoff

      Attorneys for Plaintiff
      CALIFORNIA RIVER WATCH

# ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therefore:

The parties are referred to Magistrate Judge Kendall J. Newman for settlement conference on October 9, 2020 at 9:00 a.m., or at the convenience of Magistrate Judge Newman.

IT IS SO ORDERED

DATED:  August 31, 2020                     /s/ John A. Mendez_____

                                            John A. Mendez
                                            United States District Court Judge