**KENNY & NORINE**
A LAW CORPORATION
1923 COURT STREET
REDDING, CA 96001
T: (530) 244-7777
F: (530) 246-2836

JOHN SULLIVAN KENNY – 39206 – jskenny@lawnorcal.com
Attorneys for Defendant CITY OF MOUNT SHASTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF MOUNT SHASTA, a municipality,<br><br>    Defendant.<br>_____/ | CASE NO.  2:20-cv-00080-JAM-KJN<br><br>NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b)<br><br>Judge:     Kendall J. Newman<br>Date:      October 9, 2020<br>Time:      9:00 a.m.<br>Location:  Remote via Zoom |

   Defendant City of Mt. Shasta hereby requests that the assigned Magistrate Judge Kendall J. Newman participate in a settlement conference in this action and hereby waives any claim of disqualification of Magistrate Judge Kendall J. Newman on that basis thereafter.

Dated:  September 29, 2020              KENNY & NORINE

                                         */s/ John Sullivan Kenny*
                                        JOHN SULLIVAN KENNY
                                        Attorneys for Defendant
                                        CITY OF MT. SHASTA

Re:     California River Watch v. City of Mt. Shasta
        Case No. 2:20-cv-00080-JAM-KJN

## PROOF OF SERVICE

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 1923 Court Street, Redding, California 96001.  On the date set forth below, I served the within

### NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b)

on all parties in said action and served in the manner and/or manners described below and addressed as follows:

> Jack Silver
> Law Office of Jack Silver
> 708 Gravenstein Hwy. N., #407
> Sebastopol, CA  95472-2808
> Tel: (707) 528-8175
> Email: jsilverenvironmental@gmail.com
>       -and-
> David J. Weinsoff
> Law Office of David J. Weinsoff
> 138 Ridgeway Avenue
> Fairfax, CA  94930
> Tel: (415) 460-9760
> Email: david@weinsofflaw.com
> *Attorneys for plaintiff*

____   BY MAIL: By placing a true copy thereof enclosed in a sealed envelope and causing such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated.  I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mail box after the close of the day's business.

  X    BY ECF: A true copy of said document(s) was/were e-filed with the U.S. District Court, Eastern District of California.  Once e-filed, these documents were transmitted through the Court's ECF server to the interested parties to this action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 29, 2020, at Redding, California.

                                    */s/ Tamara Warren*
                                    TAMARA WARREN

8969
4846-6103-5980, v. 1